**PERSONAL AND CHECK INFORMATION**
BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

Soc Sec #: XXX-XX-XXXX    Employee ID: 250
Hire Date: 08/04/08
Status:
Filing Status:
Federal: Married, 8
State: NJ, Married, 8
Br/Dept: 500/501

Pay Period: 11/10/08 to 11/16/08
Check Date: 11/20/08    Check #: 7895

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 686.45 | 1429.52 |
| CHECKING 1 | 0.00 | 7202.44 |
| CHECKING 2 | 0.00 | 2400.85 |
| Net Pay | 686.45 | 11032.81 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 12643.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | | | 173.20 |
| MED 125 (NJ) | | | -75.00 | | -150.00 |
| *GROSS* | | | 791.00 | | 12840.00 |
| *TRUE GROSS* | | | 866.00 | | 12990.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 9.87 | 245.55 |
| OASDI | 49.04 | 796.05 |
| MEDICARE | 11.47 | 186.22 |
| STATE W/H NJ | 12.32 | 172.48 |
| STATE W/H NY | 13.84 | 286.74 |
| STATE SDI NJ | 4.33 | 64.95 |
| STATE SUI NJ | 3.31 | 49.65 |
| NJ EE WORKFORCE DEV | 0.37 | 5.55 |
| TOTAL | 104.55 | 1807.19 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 686.45 | 11032.81 |

*Payrolls by Paychex, Inc.*
**0418-N767** APA LOGISTICS, LLC

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| BRIAN KRAKER | | REGULAR | | | 866.00 | | 11777.60 |
| 12 WINSTON STREET | | HOLIDAY | | | | | 173.20 |
| STATEN ISLAND, NY 10312 | | PERSONAL | | | | | 173.20 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 250 | | MED 125 (NJ) | | | -75.00 | | -75.00 |
| Hire Date: 08/04/08 | | | | | | | |
| Status: | | **GROSS** | | | 791.00 | | 12049.00 |
| Filing Status: | | **TRUE GROSS** | | | 866.00 | | 12124.00 |
| Federal: Married, 8 | | | | | | | |
| State: NJ, Married, 8 | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Br/Dept: 500/501 | | FEDERAL W/H | | | 9.87 | | 235.68 |
| Pay Period: 11/03/08 to 11/09/08 | | OASDI | | | 49.04 | | 747.01 |
| Check Date: 11/13/08     Check #: Direct Deposit | | MEDICARE | | | 11.47 | | 174.75 |
| NET PAY ALLOCATIONS | | STATE W/H NJ | | | 12.32 | | 160.16 |
| | | STATE W/H NY | | | 13.84 | | 272.90 |
| DESCRIPTION     CURRENT ($)     YTD ($) | | STATE SDI NJ | | | 4.33 | | 60.62 |
| Check Amount     0.00     743.07 | | STATE SUI NJ | | | 3.31 | | 46.34 |
| CHECKING 1     514.84     7202.44 | | NJ EE WORKFORCE DEV | | | 0.37 | | 5.18 |
| CHECKING 2     171.61     2400.85 | | | | | | | |
| **Net Pay**     **686.45**     **10346.36** | | TOTAL | | | 104.55 | | 1702.64 |

|  | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 686.45 | 10346.36 |

Payrolls by Paychex, Inc.

**0418-N767** APA LOGISTICS, LLC

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| BRIAN KRAKER | | REGULAR | | | 866.00 | | 10911.60 |
| 12 WINSTON STREET | | HOLIDAY | | | | | 173.20 |
| STATEN ISLAND, NY 10312 | | PERSONAL | | | | | 173.20 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 250 | | | | | | | |
| Hire Date: 08/04/08 | | **GROSS** | | | 866.00 | | 11258.00 |

**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

| | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | FEDERAL W/H | | | 17.37 | | 225.81 |
| | | OASDI | | | 53.69 | | 697.97 |
| | | MEDICARE | | | 12.56 | | 163.28 |
| | | STATE W/H NJ | | | 12.32 | | 147.84 |
| | | STATE W/H NY | | | 18.98 | | 259.06 |
| | | STATE SDI NJ | | | 4.33 | | 56.29 |
| | | STATE SUI NJ | | | 3.31 | | 43.03 |
| | | NJ EE WORKFORCE DEV | | | 0.37 | | 4.81 |
| | | **TOTAL** | | | 122.93 | | 1598.09 |

**Pay Period:** 10/27/08 to 11/02/08
**Check Date:** 11/06/08      **Check #:** Direct Deposit
**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 6687.60 |
| CHECKING 2 | 185.77 | 2229.24 |
| **Net Pay** | **743.07** | **9659.91** |

| | | CURRENT ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 743.07 | 9659.91 |

Payrolls by Paychex, Inc.
**0418-N767** APA LOGISTICS, LLC

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| BRIAN KRAKER | | REGULAR | | | 866.00 | | 10045.60 |
| 12 WINSTON STREET | | HOLIDAY | | | | | 173.20 |
| STATEN ISLAND, NY 10312 | | PERSONAL | | | | | 173.20 |
| Soc Sec #: XXX-XX-XXXX    Employee ID: 250 | | GROSS | | | 866.00 | | 10392.00 |
| Hire Date: 08/04/08 | | | | | | | |
| Status: | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Filing Status: | | FEDERAL W/H | | | 17.37 | | 208.44 |
| Federal: Married, 8 | | OASDI | | | 53.69 | | 644.28 |
| State: NJ, Married, 8 | | MEDICARE | | | 12.56 | | 150.72 |
| Br/Dept: 500/501 | | STATE W/H NJ | | | 12.32 | | 135.52 |
| | | STATE W/H NY | | | 18.98 | | 240.08 |
| Pay Period: 10/20/08 to 10/26/08 | | STATE SDI NJ | | | 4.33 | | 51.96 |
| Check Date: 10/30/08    Check #: Direct Deposit | | STATE SUI NJ | | | 3.31 | | 39.72 |
| NET PAY ALLOCATIONS | | NJ EE WORKFORCE DEV | | | 0.37 | | 4.44 |
| | | TOTAL | | | 122.93 | | 1475.16 |

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 6130.30 |
| CHECKING 2 | 185.77 | 2043.47 |
| Net Pay | 743.07 | 8916.84 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 743.07 | 8916.84 |

Payrolls by Paychex, Inc.

**0418-N767** APA LOGISTICS, LLC

**PERSONAL AND CHECK INFORMATION**
BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

Soc Sec #: XXX-XX-XXXX    Employee ID: 250
Hire Date: 08/04/08
Status:
Filing Status:
Federal: Married, 8
State: NJ, Married, 8
Br/Dept: 500/501

Pay Period: 10/13/08 to 10/19/08
Check Date: 10/23/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 5573.00 |
| CHECKING 2 | 185.77 | 1857.70 |
| **Net Pay** | **743.07** | **8173.77** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 692.80 | | 9179.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | 173.20 | | 173.20 |
| *GROSS* | | | *866.00* | | *9526.00* |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 17.37 | 191.07 |
| OASDI | 53.69 | 590.59 |
| MEDICARE | 12.56 | 138.16 |
| STATE W/H NJ | 12.32 | 123.20 |
| STATE W/H NY | 18.98 | 221.10 |
| STATE SDI NJ | 4.33 | 47.63 |
| STATE SUI NJ | 3.31 | 36.41 |
| NJ EE WORKFORCE DEV | 0.37 | 4.07 |
| *TOTAL* | *122.93* | *1352.23* |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 743.07 | 8173.77 |

Payrolls by Paychex, Inc.

**0418-N767** APA LOGISTICS, LLC

**PERSONAL AND CHECK INFORMATION**
BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

Soc Sec #: XXX-XX-XXXX    Employee ID: 250
Hire Date: 08/04/08
Status:
Filing Status:
Federal: Married, 8
State: NJ, Married, 8
Br/Dept: 500/501

Pay Period: 10/06/08 to 10/12/08
Check Date: 10/16/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 5015.70 |
| CHECKING 2 | 185.77 | 1671.93 |
| **Net Pay** | **743.07** | **7430.70** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| REGULAR | | | 866.00 | | 8486.80 |
| HOLIDAY | | | | | 173.20 |
| *GROSS* | | | 866.00 | | 8660.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| FEDERAL W/H | 17.37 | 173.70 |
| OASDI | 53.69 | 536.90 |
| MEDICARE | 12.56 | 125.60 |
| STATE W/H NJ | 12.32 | 110.88 |
| STATE W/H NY | 18.98 | 202.12 |
| STATE SDI NJ | 4.33 | 43.30 |
| STATE SUI NJ | 3.31 | 33.10 |
| NJ EE WORKFORCE DEV | 0.37 | 3.70 |
| *TOTAL* | 122.93 | 1229.30 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---:|---:|
| | 743.07 | 7430.70 |

Payrolls by Paychex, Inc.
**0418-N767** APA LOGISTICS, LLC

FOLD AND REMOVE  Case 1-08-48433-cec  Doc 8  Filed 01/12/09  Entered 01/12/09 12:11:14  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

Soc Sec #: XXX-XX-XXXX   Employee ID: 250
Hire Date: 08/04/08
Status:
Filing Status:
Federal: Married, 8
State: NJ, Married, 8
Br/Dept: 500/501

Pay Period: 09/29/08 to 10/05/08
Check Date: 10/09/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 4458.40 |
| CHECKING 2 | 185.77 | 1486.16 |
| **Net Pay** | **743.07** | **6687.63** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| REGULAR |  |  | 866.00 |  | 7620.80 |
| HOLIDAY |  |  |  |  | 173.20 |
| *GROSS* |  |  | *866.00* |  | *7794.00* |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| FEDERAL W/H | 17.37 | 156.33 |
| OASDI | 53.69 | 483.21 |
| MEDICARE | 12.56 | 113.04 |
| STATE W/H NJ | 12.32 | 98.56 |
| STATE W/H NY | 18.98 | 183.14 |
| STATE SDI NJ | 4.33 | 38.97 |
| STATE SUI NJ | 3.31 | 29.79 |
| NJ EE WORKFORCE DEV | 0.37 | 3.33 |
| *TOTAL* | *122.93* | *1106.37* |

| | CURRENT ($) | YTD ($) |
|---|---:|---:|
| **NET PAY** | 743.07 | 6687.63 |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50X | 0000137987 | 1 |

## Earnings Statement





JEWISH COMMUNITY CENTER OF S.I. INC.
1466 MANOR ROAD
STATEN ISLAND NY 10314

Period Ending:    11/15/2008
Pay Date:    11/14/2008

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    7
   NY:    7
   New York Cit:    7

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 37,740.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.30 | 297.22 |
| | Social Security Tax | -111.43 | 1,947.35 |
| | Medicare Tax | -26.06 | 455.43 |
| | NY State Income Tax | -65.25 | 936.49 |
| | New York Cit Income Tax | -39.81 | 592.63 |
| | NY SUI/SDI Tax | -1.30 | 27.30 |
| | **Other** | | |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | Empirebc/Bs/Hmo | | 6,331.34 |
| | **Net Pay** | **$1,500.00** | |

Your federal taxable wages this period are $1,797.15
Your NY taxable wages this period are $1,797.15
Your New York Cit taxable wages this period are $1,797.15

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50P | 0000137517 | 1 |

# Earnings Statement



JEWISH COMMUNITY CENTER OF S.I. INC.
1466 MANOR ROAD
STATEN ISLAND NY 10314

Period Ending:   10/31/2008
Pay Date:        10/31/2008

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:         7
   NY:              7
   New York Cit:    7

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 35,943.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.26 | 252.92 |
| | Social Security Tax | -90.93 | 1,835.92 |
| | Medicare Tax | -21.27 | 429.37 |
| | NY State Income Tax | -42.61 | 871.24 |
| | New York Cit Income Tax | -27.13 | 552.82 |
| | NY SUI/SDI Tax | -1.30 | 26.00 |
| | **Other** | | |
| | Empirebc/Bs/Hmo | -330.42* | 6,331.34 |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | **Net Pay** | **$1,263.23** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,466.73
Your NY taxable wages this period are
$1,466.73
Your New York Cit taxable wages this period are
$1,466.73

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|-----|------|-------|-------|--------|-----|
| U1Z | 002146 | 011111 | XN50P | 0000137131 | 1 |

# Earnings Statement 

JEWISH COMMUNITY CENTER OF S.I. INC.
1466 MANOR ROAD
STATEN ISLAND NY 10314

Period Ending:   10/15/2008
Pay Date:        10/13/2008

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:   7
    NY:        7
    New York Cit:  7

Social Security Number: XXX-XX-XXXX

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | 75.84 | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 34,145.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.26 | 241.66 |
| | Social Security Tax | -90.94 | 1,744.99 |
| | Medicare Tax | -21.27 | 408.10 |
| | NY State Income Tax | -42.61 | 828.63 |
| | New York Cit Income Tax | -27.13 | 525.69 |
| | NY SUI/SDI Tax | -1.30 | 24.70 |
| | **Other** | | |
| | Empirebc/Bs/Hmo | -330.42* | 6,000.92 |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | **Net Pay** | | **$1,263.22** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,466.73
Your NY taxable wages this period are
$1,466.73
Your New York Cit taxable wages this period are
$1,466.73

▼ TEAR HERE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD $ |
|---|---|---|---|---|---|---|---|---|---|
| BRIAN KRAKER | | | | REGULAR | | | 606.20 | | |
| 12 WINSTON STREET | | | | HOLIDAY | | | 173.20 | | |
| STATEN ISLAND, NY 10312 | | | | PERSONAL | | | | | |
| | | | | MED 125 (NJ) | | | -75.00 | | |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 250 | | | | | | | | | |
| Hire Date: 08/04/08 | | | | GROSS | | | 704.40 | | |
| Status: | | | | TRUE GROSS | | | 779.40 | | |
| Filing Status: | | | | | | | | | |
| Federal: Married, 8 | | | | | | | | | |
| State: NJ, Married, 8 | | | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD $ |
| Br/Dept: 500/501 | | | | FEDERAL W/H | | | 1.21 | | |
| | | | | OASDI | | | 43.67 | | |
| Pay Period: 11/24/08 to 11/30/08 | | | | MEDICARE | | | 10.21 | | |
| Check Date: 12/04/08    Check #: 8016 | | | | STATE W/H NJ | | | 10.59 | | |
| NET PAY ALLOCATIONS | | | | STATE W/H NY | | | 9.64 | | 310.22 |
| | | | | STATE SDI NJ | | | 3.90 | | 73.18 |
| DESCRIPTION | CURRENT ($) | YTD ($) | | STATE SUI NJ | | | 2.98 | | 55.94 |
| Check Amount | 621.87 | 2737.84 | | NJ EE WORKFORCE DEV | | | 0.33 | | 6.25 |
| CHECKING 1 | 0.00 | 7202.44 | | | | | | | |
| CHECKING 2 | 0.00 | 2400.85 | | TOTAL | | | 82.53 | | 1094.27 |
| Net Pay | 621.87 | 12341.13 | | | | | | | |

| | NET PAY | CURRENT ($) | YTD $ |
|---|---|---|---|
| | | 621.87 | 12341.13 |

0418-N767 APA LOGISTICS, LLC

Case 1-08-48433-cec   Doc 8   Filed 01/12/09   Entered 01/12/09 12:11:14

| CO. | FILE | DEPT. | CLOCK NUMBER | 055 |
|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50X  0000138447 | 1 |

# Earnings Statement 



JEWISH COMMUNITY CENTER OF S.I. INC.
1466 MANOR ROAD
STATEN ISLAND NY 10314

Period Ending: 11/30/2008
Pay Date: 11/28/2008

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:           7
    NY:                7
    New York Cit:   7

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 39,537.30 |

**Important Notes**
IF U WANT TO CHANGE YOUR W4 STATUS FOR 2009 PLEASE
FILL OUT A NEW W4 AND SEND IT TO THE PAYROLL DEPT

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.30 | 341.52 |
| | Social Security Tax | -111.42 | 2,058.77 |
| | Medicare Tax | -26.06 | 481.49 |
| | NY State Income Tax | -65.25 | 1,001.74 |
| | New York Cit Income Tax | -39.81 | 632.44 |
| | NY SUI/SDI Tax | -1.30 | 28.60 |
| | **Other** | | |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | Empirebc/Bs/Hmo | | 6,331.34 |
| | **Net Pay** | **$1,500.01** | |

Your federal taxable wages this period are
$1,797.15
Your NY taxable wages this period are
$1,797.15
Your New York Cit taxable wages this period are
$1,797.15