**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 11/10/08 to 11/16/08
**Check Date:** 11/20/08 **Check #:** 7895

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 686.45 | 1429.52 |
| CHECKING 1 | 0.00 | 7202.44 |
| CHECKING 2 | 0.00 | 2400.85 |
| **Net Pay** | **686.45** | **11032.81** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 12643.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | | | 173.20 |
| MED 125 (NJ) | | | -75.00 | | -150.00 |
| *GROSS* | | | 791.00 | | 12840.00 |
| *TRUE GROSS* | | | 866.00 | | 12990.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 9.87 | 245.55 |
| OASDI | 49.04 | 796.05 |
| MEDICARE | 11.47 | 186.22 |
| STATE W/H NJ | 12.32 | 172.48 |
| STATE W/H NY | 13.84 | 286.74 |
| STATE SDI NJ | 4.33 | 64.95 |
| STATE SUI NJ | 3.31 | 49.65 |
| NJ EE WORKFORCE DEV | 0.37 | 5.55 |
| *TOTAL* | 104.55 | 1807.19 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **686.45** | **11032.81** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 11/03/08 to 11/09/08
**Check Date:** 11/13/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 514.84 | 7202.44 |
| CHECKING 2 | 171.61 | 2400.85 |
| **Net Pay** | **686.45** | **10346.36** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 11777.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | | | 173.20 |
| MED 125 (NJ) | | | -75.00 | | -75.00 |
| *GROSS* | | | 791.00 | | 12049.00 |
| *TRUE GROSS* | | | 866.00 | | 12124.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 9.87 | 235.68 |
| OASDI | 49.04 | 747.01 |
| MEDICARE | 11.47 | 174.75 |
| STATE W/H NJ | 12.32 | 160.16 |
| STATE W/H NY | 13.84 | 272.90 |
| STATE SDI NJ | 4.33 | 60.62 |
| STATE SUI NJ | 3.31 | 46.34 |
| NJ EE WORKFORCE DEV | 0.37 | 5.18 |
| *TOTAL* | 104.55 | 1702.64 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **686.45** | **10346.36** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 10/27/08 to 11/02/08
**Check Date:** 11/06/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 6687.60 |
| CHECKING 2 | 185.77 | 2229.24 |
| **Net Pay** | **743.07** | **9659.91** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 10911.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | | | 173.20 |
| *GROSS* | | | 866.00 | | 11258.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 17.37 | 225.81 |
| OASDI | 53.69 | 697.97 |
| MEDICARE | 12.56 | 163.28 |
| STATE W/H NJ | 12.32 | 147.84 |
| STATE W/H NY | 18.98 | 259.06 |
| STATE SDI NJ | 4.33 | 56.29 |
| STATE SUI NJ | 3.31 | 43.03 |
| NJ EE WORKFORCE DEV | 0.37 | 4.81 |
| *TOTAL* | 122.93 | 1598.09 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **743.07** | **9659.91** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 10/20/08 to 10/26/08
**Check Date:** 10/30/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 6130.30 |
| CHECKING 2 | 185.77 | 2043.47 |
| **Net Pay** | **743.07** | **8916.84** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 10045.60 |
| HOLIDAY | | | | | 173.20 |
| PERSONAL | | | | | 173.20 |
| *GROSS* | | | 866.00 | | 10392.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 17.37 | 208.44 |
| OASDI | 53.69 | 644.28 |
| MEDICARE | 12.56 | 150.72 |
| STATE W/H NJ | 12.32 | 135.52 |
| STATE W/H NY | 18.98 | 240.08 |
| STATE SDI NJ | 4.33 | 51.96 |
| STATE SUI NJ | 3.31 | 39.72 |
| NJ EE WORKFORCE DEV | 0.37 | 4.44 |
| *TOTAL* | 122.93 | 1475.16 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **743.07** | **8916.84** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 10/13/08 to 10/19/08
**Check Date:** 10/23/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 5573.00 |
| CHECKING 2 | 185.77 | 1857.70 |
| **Net Pay** | **743.07** | **8173.77** |

**EARNINGS**

| *DESCRIPTION* | *HOURS* | *RATE* | *CURRENT ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| REGULAR | | | 692.80 | | 9179.60 |
| HOLIDAY | | | | | 173.20 |
| *PERSONAL* | | | *173.20* | | *173.20* |
| *GROSS* | | | 866.00 | | 9526.00 |

**WITHHOLDINGS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| FEDERAL W/H | 17.37 | 191.07 |
| OASDI | 53.69 | 590.59 |
| MEDICARE | 12.56 | 138.16 |
| STATE W/H NJ | 12.32 | 123.20 |
| STATE W/H NY | 18.98 | 221.10 |
| STATE SDI NJ | 4.33 | 47.63 |
| STATE SUI NJ | 3.31 | 36.41 |
| NJ EE WORKFORCE DEV | 0.37 | 4.07 |
| *TOTAL* | 122.93 | 1352.23 |

| | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| **NET PAY** | **743.07** | **8173.77** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 10/06/08 to 10/12/08
**Check Date:** 10/16/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 5015.70 |
| CHECKING 2 | 185.77 | 1671.93 |
| **Net Pay** | **743.07** | **7430.70** |

**EARNINGS**

| *DESCRIPTION* | *HOURS* | *RATE* | *CURRENT ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 8486.80 |
| HOLIDAY | | | | | 173.20 |
| *GROSS* | | | 866.00 | | 8660.00 |

**WITHHOLDINGS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| FEDERAL W/H | 17.37 | 173.70 |
| OASDI | 53.69 | 536.90 |
| MEDICARE | 12.56 | 125.60 |
| STATE W/H NJ | 12.32 | 110.88 |
| STATE W/H NY | 18.98 | 202.12 |
| STATE SDI NJ | 4.33 | 43.30 |
| STATE SUI NJ | 3.31 | 33.10 |
| NJ EE WORKFORCE DEV | 0.37 | 3.70 |
| *TOTAL* | 122.93 | 1229.30 |

| | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| **NET PAY** | **743.07** | **7430.70** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 09/29/08 to 10/05/08
**Check Date:** 10/09/08 **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 743.07 |
| CHECKING 1 | 557.30 | 4458.40 |
| CHECKING 2 | 185.77 | 1486.16 |
| **Net Pay** | **743.07** | **6687.63** |

**EARNINGS**

| *DESCRIPTION* | *HOURS* | *RATE* | *CURRENT ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| REGULAR | | | 866.00 | | 7620.80 |
| HOLIDAY | | | | | 173.20 |
| ***GROSS*** | | | 866.00 | | 7794.00 |

**WITHHOLDINGS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| FEDERAL W/H | 17.37 | 156.33 |
| OASDI | 53.69 | 483.21 |
| MEDICARE | 12.56 | 113.04 |
| STATE W/H NJ | 12.32 | 98.56 |
| STATE W/H NY | 18.98 | 183.14 |
| STATE SDI NJ | 4.33 | 38.97 |
| STATE SUI NJ | 3.31 | 29.79 |
| NJ EE WORKFORCE DEV | 0.37 | 3.33 |
| ***TOTAL*** | 122.93 | 1106.37 |

| | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| **NET PAY** | **743.07** | **6687.63** |

*Payrolls by Paychex, Inc.*

**0418-N767** APA LOGISTICS, LLC ■

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50X | 0000137987 | 1 |

# Earnings Statement





*JEWISH COMMUNITY CENTER OF S.I. INC.*
*1466 MANOR ROAD*
*STATEN ISLAND NY 10314*

Period Ending: 11/15/2008
Pay Date: 11/14/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 7
NY: 7
New York Cit: 7

Social Security Number: XXX-XX-XXXX

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 37,740.15 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -44.30 | 297.22 |
| | Social Security Tax | -111.43 | 1,947.35 |
| | Medicare Tax | -26.06 | 455.43 |
| | NY State Income Tax | -65.25 | 936.49 |
| | New York Cit Income Tax | -39.81 | 592.63 |
| | NY SUI/SDI Tax | -1.30 | 27.30 |
| | **Other** | | |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | Empirebc/Bs/Hmo | | 6,331.34 |
| | **Net Pay** | **$1,500.00** | |

Your federal taxable wages this period are $1,797.15
Your NY taxable wages this period are $1,797.15
Your New York Cit taxable wages this period are $1,797.15

1998, 2006 ADP Inc. All Rights Reserved

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50P | 0000137517 | 1 |

# Earnings Statement

ADP®



*JEWISH COMMUNITY CENTER OF S.I. INC.*
*1466 MANOR ROAD*
*STATEN ISLAND NY 10314*

Period Ending: 10/31/2008
Pay Date: 10/31/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 7
NY: 7
New York Cit: 7

Social Security Number: XXX-XX-XXXX

MELISSA J. KRAKER
12 WINSTON ST.
STATEN ISLAND, NY 10312

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 35,943.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -11.26 | 252.92 |
| | Social Security Tax | -90.93 | 1,835.92 |
| | Medicare Tax | -21.27 | 429.37 |
| | NY State Income Tax | -42.61 | 871.24 |
| | New York Cit Income Tax | -27.13 | 552.82 |
| | NY SUI/SDI Tax | -1.30 | 26.00 |
| | **Other** | | |
| | Empirebc/Bs/Hmo | -330.42* | 6,331.34 |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | **Net Pay** | **$1,263.23** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,466.73
Your NY taxable wages this period are
$1,466.73
Your New York Cit taxable wages this period are
$1,466.73

1998 2006 ADP Inc. All Rights Reserved.

TEAR HERE

CO. FILE DEPT. CLOCK NUMBER 055
U1Z 002146 011111 XN50P 0000137131 1

# Earnings Statement





*JEWISH COMMUNITY CENTER OF S.I. INC.*
*1466 MANOR ROAD*
*STATEN ISLAND NY 10314*

Period Ending: 10/15/2008
Pay Date: 10/13/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 7
NY: 7
New York Cit: 7

Social Security Number: XXX-XX-XXXX

**MELISSA J. KRAKER**
**12 WINSTON ST.**
**STATEN ISLAND, NY 10312**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | 75.84 | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 34,145.85 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -11.26 | 241.66 |
| | Social Security Tax | -90.94 | 1,744.99 |
| | Medicare Tax | -21.27 | 408.10 |
| | NY State Income Tax | -42.61 | 828.63 |
| | New York Cit Income Tax | -27.13 | 525.69 |
| | NY SUI/SDI Tax | -1.30 | 24.70 |
| | **Other** | | |
| | Empirebc/Bs/Hmo | -330.42* | 6,000.92 |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | **Net Pay** | **$1,263.22** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,466.73
Your NY taxable wages this period are $1,466.73
Your New York Cit taxable wages this period are $1,466.73

© 1998, 2000 ADP, Inc. All Rights Reserved

TEAR HERE

© ADP, Inc.

**PERSONAL AND CHECK INFORMATION**

BRIAN KRAKER
12 WINSTON STREET
STATEN ISLAND, NY 10312

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 250
**Hire Date:** 08/04/08
**Status:**
**Filing Status:**
Federal: Married, 8
State: NJ, Married, 8
**Br/Dept:** 500/501

**Pay Period:** 11/24/08 to 11/30/08
**Check Date:** 12/04/08 **Check #:** 8016

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 621.87 | 2737.84 |
| CHECKING 1 | 0.00 | 7202.44 |
| CHECKING 2 | 0.00 | 2400.85 |
| **Net Pay** | **621.87** | **12341.13** |

**EARNINGS**

| *DESCRIPTION* | *HOURS* | *RATE* | *CURRENT ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| REGULAR | | | 606.20 | | [illegible] |
| HOLIDAY | | | 173.20 | | [illegible] |
| PERSONAL | | | | | [illegible] |
| MED 125 (NJ) | | | -75.00 | | [illegible] |
| *GROSS* | | | 704.40 | | [illegible] |
| *TRUE GROSS* | | | 779.40 | | [illegible] |

**WITHHOLDINGS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| FEDERAL W/H | 1.21 | [illegible] |
| OASDI | 43.67 | [illegible] |
| MEDICARE | 10.21 | [illegible] |
| STATE W/H NJ | 10.59 | 195.39 |
| STATE W/H NY | 9.64 | 310.22 |
| STATE SDI NJ | 3.90 | 73.18 |
| STATE SUI NJ | 2.98 | 55.94 |
| NJ EE WORKFORCE DEV | 0.33 | 6.25 |
| *TOTAL* | 82.53 | 1994.27 |

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 621.87 | 12341.13 |

**0418-N767** APA LOGISTICS, LLC ■

| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| U1Z | 002146 | 011111 | XN50X | 0000138447 | 1 |

# Earnings Statement





*JEWISH COMMUNITY CENTER OF S.I. INC.*
*1466 MANOR ROAD*
*STATEN ISLAND NY 10314*

Period Ending: 11/30/2008
Pay Date: 11/28/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 7
NY: 7
New York Cit: 7

Social Security Number: XXX-XX-XXXX

**MELISSA J. KRAKER**
**12 WINSTON ST.**
**STATEN ISLAND, NY 10312**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1797.15 | | 1,797.15 | |
| **Gross Pay** | | | **$1,797.15** | 39,537.30 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -44.30 | 341.52 |
| | Social Security Tax | -111.42 | 2,058.77 |
| | Medicare Tax | -26.06 | 481.49 |
| | NY State Income Tax | -65.25 | 1,001.74 |
| | New York Cit Income Tax | -39.81 | 632.44 |
| | NY SUI/SDI Tax | -1.30 | 28.60 |
| | **Other** | | |
| | Sscapbuild Fund | -8.00 | |
| | Sunshine Acct | -1.00 | |
| | Empirebc/Bs/Hmo | | 6,331.34 |
| | **Net Pay** | **$1,500.01** | |

## Important Notes

IF U WANT TO CHANGE YOUR W4 STATUS FOR 2009 PLEASE FILL OUT A NEW W4 AND SEND IT TO THE PAYROLL DEPT

Your federal taxable wages this period are $1,797.15
Your NY taxable wages this period are $1,797.15
Your New York Cit taxable wages this period are $1,797.15